JUNE 23, 1987

No. A–936 (86–1970). MISSISSIPPI POWER & LIGHT CO. *v.* MISSISSIPPI EX REL. PITTMAN, ATTORNEY GENERAL, ET AL. Application for stay of the Order Granting Mandatory Temporary Restraining Order and Setting Aside Chancery Court Order of June 18, 1987, issued by the Supreme Court of Mississippi on June 19, 1987, presented to JUSTICE WHITE, and by him referred to the Court, is hereby granted pending further order of the Court.

No. A–944. JOHNSON *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied. JUSTICE O'CONNOR took no part in the consideration or decision of this application.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

JUNE 26, 1987

No. 86–1722. HEUBLEIN, INC. *v.* GEORGIA ET AL. Appeal from Sup. Ct. Ga. dismissed for want of properly presented federal question. JUSTICE STEVENS and JUSTICE SCALIA would note probable jurisdiction and set case for oral argument.

No. 86–1787. L. L. BEAN, INC. *v.* DRAKE PUBLISHERS, INC., ET AL. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.